MICHAEL C. KANE, ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
BRETT J. SCHWARTZ, ESQ.
Nevada Bar No.: 13755
**THE702FIRM INJURY ATTORNEYS**
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone:      (702) 776-3333
Facsimile:      (702) 505-9787
E-Mail:          *service@the702firm.com*
        -and-
ADAM S. KUTNER, ESQ.
Nevada Bar No.: 004310
**ADAM S. KUTNER & ASSOCIATES**
1137 S. Rancho Drive, Ste. 150A
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TAMMY KAY BAKER, individually, | Case No.: 2:26-cv-890-APG-BNW |
| Plaintiff, | |
| vs. | |
| ALBERTSON'S, LLC, a Delaware Corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that the Court extend the deadline for expert disclosures.

Because this stipulation is being submitted fewer than twenty-one (21) days before the expiration of the current expert disclosure deadline, the parties submit the following showing of good cause and excusable neglect.

### I. DISCOVERY COMPLETED

The parties have substantially completed written discovery, including the exchange of written discovery requests and responses. The parties have also completed the depositions of the parties and have obtained a substantial portion of the relevant medical and other records necessary for expert review.

### II. DISCOVERY REMAINING

The following discovery remains to be completed:

1. Site inspection;

2. Expert disclosures;

3. Expert depositions;

4. Any supplemental discovery necessitated by expert opinions; and

5. Any other discovery permitted by the Court's Scheduling Order.

### III. GOOD CAUSE

Good cause exists for the requested extension because counsel have diligently conducted discovery. However, despite their diligence, additional time is necessary to complete expert review and prepare expert reports. The parties have continued to exchange records and information necessary for their experts to formulate opinions. Extending the expert disclosure deadline will allow the experts sufficient opportunity to review the complete discovery record and prepare accurate reports, thereby promoting the resolution of the case on its merits.

Additionally, the parties have had to reset a site inspection due to the Plaintiff's expert becoming unavailable at the last minute. The new inspection is days before the current deadline for expert disclosure.

The requested extension is sought in good faith and not for purposes of delay or prejudice to any party.

### IV. EXCUSABLE NEGLECT

This stipulation is filed fewer than twenty-one (21) days before the current expert disclosure deadline. The parties respectfully submit that the failure to seek an earlier extension constitutes excusable neglect.

Counsel have been actively engaged in completing fact discovery and obtaining records necessary for expert evaluation. As discovery progressed, it became apparent that additional time would be required for experts to complete their review and prepare reports based upon the complete factual record. The parties continued to work cooperatively toward completing discovery and anticipated that the remaining discovery could be completed within the existing schedule. Once it became clear that additional time would be necessary, counsel promptly met and conferred and immediately prepared this stipulation.

The requested extension is modest, is not sought in bad faith, will not prejudice any party, and will promote the efficient resolution of this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

### V. PROPOSED NEW DEADLINES

The parties respectfully request that the Court modify the Scheduling Order as follows:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cutoff | 09/21/2026 | 12/21/~~2023~~ 2026 |
| Motions to Amend Pleadings/Add Parties | 06/02/2026 | Closed |
| Initial Expert Disclosures: | 07/23/2026 | 10/21/~~2023~~ 2026 |
| Rebuttal Expert Disclosures: | 08/21/2026 | 11/23/~~2023~~ 2026 |
| Dispositive Motions: | 10/21/2026 | 1/19/2027 |

DATED this 10th day of July, 2026.         DATED this 10th day of July, 2026.

Respectfully submitted:                              Approved as to Form and Content:

/s/ *Michael Kane*                                      /s/ *Ryan Venci*
**MICHAEL C. KANE, ESQ.**                    **LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 10096                            Nevada Bar NO.: 5880
**BRADLEY J. MYERS, ESQ.**                  **RYAN M. VENCI, ESQ.**
Nevada Bar No.: 8857                              Nevada Bar No.: 7547
**BRETT J. SCHWARTZ, ESQ.**              **KRISTEN MOLLOY, ESQ.**
Nevada Bar No.: 13755                            Nevada Bar No.: 14927
8335 West Flamingo Road                        139 East Warm Springs Road
Las Vegas, Nevada 89147                         Las Vegas, Nevada 89119
*Attorneys for Plaintiff Tammy Kay Baker*    *Attorneys for Defendant, Albertson, LLC*

### ORDER

IT IS HEREBY ORDERED that the parties' Stipulation to Extend Expert Disclosure Deadline is GRANTED.

IT IS FURTHER ORDERED that the Scheduling Order is modified as set forth above.

DATED this __13th__ day of ____July____, 2026.

UNITED STATES MAGISTRATE JUDGE

 Outlook

## RE: 2:26-cv-890 - Tammy Baker v. Albertson's

| | |
|---|---|
| **From** | Ryan Venci <r.venci@bsnv.law> |
| **Date** | Tue 7/7/2026 3:41 PM |
| **To** | Johanne Adams <Johanne@the702firm.com>; Lewis Brandon <l.brandon@bsnv.law> |
| **Cc** | Celia Hilts <c.hilts@bsnv.law>; TeamBrett <TeamBrett@the702firm.com> |

We could add in that we had to reset the inspection due to the expert becoming unavailable at the last minute as part of the excusable neglect. Not sure that we need it so I will leave it to your discretion and you can submit with my electronic signature.

**From:** Johanne Adams <Johanne@the702firm.com>
**Sent:** Tuesday, July 7, 2026 3:24 PM
**To:** Lewis Brandon <l.brandon@bsnv.law>; Ryan Venci <r.venci@bsnv.law>
**Cc:** Celia Hilts <c.hilts@bsnv.law>; TeamBrett <TeamBrett@the702firm.com>
**Subject:** 2:26-cv-890 - Tammy Baker v. Albertson's

> **CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

**Good afternoon:**

**Please review the enclosed Stipulation to Extend deadline and let us know if you approve, and what your changes are, if any.**

**Please also advise as to whether we may affix your electronic signature.**

**Thank you.**

**Johanne T. Adams, Paralegal**
**THE702FIRM Injury Attorneys**
**8335 W. Flamingo Road**
**Las Vegas, NV 89147**
**Direct Dial:  702-224-2027**
**Fax: 702-505-9787**
**johanne@the702firm.com**
**www.the702firm.com**
**Connect With Us On Social Media:**
  

